UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 08 CR 10337 RGS |
| ) | |
| v. ) | VIOLATIONS: |
| ) | |
| BALDWIN IHENACHO ) | 21 U.S.C. § 846 -- |
| GLADYS IHENACHO ) | Conspiracy to Distribute, and |
| ) | to Possess With Intent To |
| ) | Distribute, Controlled Substances |
| ) | 21 U.S.C. § 853 -- |
| ) | Criminal Forfeiture |

INDICTMENT

**COUNT ONE:** (21 U.S.C. §846 - Conspiracy To Distribute, and To Possess With The Intent To Distribute, Controlled Substances)

The Grand Jury charges that:

From a date unknown to the Grand Jury, but at least by in or about September 2006, and continuing to in or about October 2008, at Dorchester, Massachusetts, and elsewhere in the District of Massachusetts,

**BALDWIN IHENACHO and
GLADYS IHENACHO,**

defendants herein, did knowingly and intentionally conspire, confederate and agree with each other, and with others known and unknown to the Grand Jury, to distribute, and to possess with intent to distribute, the following controlled substances in violation of Title 21, United States Code, Section 841(a)(1): Alprazolam, Clonazepam, Diethylpropion HCL, Lorazepam, Phentermine, Phentermine Blue, and Phentermine Yellow, all Schedule IV controlled substances.

All in violation of Title 21, United States Code, Section 846.

## FORFEITURE ALLEGATION
## (21 U.S.C. § 853)

The Grand Jury further charges that:

1. As a result of the offenses alleged in Count One of this Indictment,

**BALDWIN IHENACHO and
GLADYS IHENACHO,**

defendants herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of the offenses, and any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses. Such property includes, but is not limited to:

(a) The funds contained in Bank of America N.A. account number 4614907511, held in the name of Meetinghouse Pharmacy;

(b) The funds contained in Bank of America N.A. account number 4614907524, held in the name of Meetinghouse Pharmacy;

(c) The funds contained in Citizens Bank account number 1142917951, held in the name of Meetinghouse Pharmacy, Baldwin Ihenacho, and Gladys Ihenacho;

(d) The funds contained in Citizens Bank account number 1136286508, held in the name of Meetinghouse Pharmacy, Baldwin Ihenacho, and Gladys Ihenacho;

(e) The funds contained in Citizens Bank account number 1138015293, held in the name of Gladys Ihenacho;

(f) The funds contained in Citizens Bank account number 1165662470, held in the name of Gladys Ihenacho;

(g) The funds contained in Rockland Trust account number 2992002978, held in the name of Meetinghouse Pharmacy, Baldwin Ihenacho, and Gladys Ihenacho;

(h) The funds contained in Rockland Trust account number 3992003198, held in the name of Meetinghouse Pharmacy, Baldwin Ihenacho, and Gladys Ihenacho;

(i) The funds contained in Sovereign Bank account number 89800083969, held in the

name of Meetinghouse Pharmacy, Baldwin Ihenacho, and Gladys Ihenacho;

(j) The funds contained in Mt. Washington Bank account number 300018850, held in the name of Meetinghouse Pharmacy, Baldwin Ihenacho, and Gladys Ihenacho;

(k) The real property and buildings located at 248 Bowdoin Street, Dorchester, Massachusetts;

(l) The real property and buildings located at 45 Silver Glen Road, Stoughton, Massachusetts.

2. If any of the property described in paragraph 1, above, as a result of any act or omission of the defendant --

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL

_Jane V. Giovannucci_
FOREPERSON OF THE GRAND JURY

_Mary Elizabeth Carmody_
Mary Elizabeth Carmody
Shelbey D. Wright
Assistant U.S. Attorneys

DISTRICT OF MASSACHUSETTS; November 6, 2008.

Returned into the District Court by the Grand Jurors and filed.

_signature_
DEPUTY CLERK