UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 08-10337-RGS

UNITED STATES OF AMERICA

v.

BALDWIN IHENACHO,
GLADYS IHENACHO, et al.

ORDER ON MOTION FOR
REVIEW OF DETENTION ORDER

June 5, 2009

STEARNS, D.J.

Having examined the record of the proceedings before Magistrate Judge Sorokin, I see nothing that impeaches his conclusion that there are no conditions or combination of conditions of release that would assure the defendant's appearance for trial. The record shows ample evidence that defendant willfully violated the carefully explained prior conditions of release set by the Magistrate Judge.

The Order of Detention is therefore AFFIRMED.

SO ORDERED.

/s/ Richard G. Stearns

_____

UNITED STATES DISTRICT JUDGE